**E-FILED**
Friday, 28 September, 2007  11:33:11 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| NECA-IBEW WELFARE TRUST FUND and, | ) | |
| NECA-IBEW PENSION TRUST FUND, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. |
| | ) | |
| PAYNE ELECTRICAL CONTRACTORS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF INTEREST**

The undersigned, counsel of record for the Plaintiff, NECA-IBEW WELFARE TRUST

FUND, *et al.*, furnished the following in compliance with Local Rule 11.3 of this Court.

(a)     NECA-IBEW Welfare Trust Fund and NECA-IBEW Pension Trust Fund.

(b)     Not applicable.

(c)     CAVANAGH & O'HARA
William K. Cavanagh
Michael O'Hara
Patrick J. O'Hara
James P. Moody
John T. Long
Britt W. Sowle
John A. Wolters

DATED this 27th day of September 2007.

By:  _____s/ John A. Wolters_____
JOHN A. WOLTERS
**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771
Facsimile:  (217) 544-5236
johnwolters@cavanagh-ohara.com