# United States District Court

_____CENTRAL_____ DISTRICT OF _____ILLINOIS_____

NECA-IBEW WELFARE TRUST FUND and
NECA-IBEW PENSION TRUST FUND,
    Plaintiffs,

V.

PAYNE ELECTRICAL CONTRACTORS, INC.,
    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-2175

TO: (Name and address of defendant)    *PERSONAL SERVICE ONLY*
    Amy M. Payne, President
    Payne Electrical Contractors, Inc.
    6194 N 100 E
    Hartford City, IN 47348

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
    John A. Wolters
    CAVANAGH & O'HARA
    407 East Adams Street
    P. O. Box 5043
    Springfield, IL 62705
    (217) 544-1771

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

Signatures redacted

DATE September 28, 2007

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 10-15-07 |
| NAME OF SERVER (PRINT) Chad Blakely | TITLE Deputy |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 6194 N 100 E. Hartford City IN 47348

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 1 | TOTAL $40.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/15/07
Date

Signature redacted
Signature of Server

BCSO
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.