IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| NECA-IBEW WELFARE TRUST FUND and, ) <br> NECA-IBEW PENSION TRUST FUND, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> PAYNE ELECTRICAL CONTRACTORS, INC. ) <br> ) <br> Defendant. ) | No. 07-2175 |

## REQUEST FOR ENTRY OF DEFAULT

NOW COME Plaintiffs, NECA-IBEW WELFARE TRUST FUND, *et al.*, by and through its attorneys, Cavanagh & O'Hara, and for its Request for Entry of Default, states as follows:

1. That the Complaint in this matter was filed on September 28, 2007.

2. That on October 15, 2007, Amy M. Payne, President of Defendant, PAYNE ELECTRICAL CONTRACTORS, INC., was duly served by the Blackford County, Illinois, Sheriff's Department with said Complaint and Summons.

3. That the Defendant has failed to file a responsive pleading within the statutory time frame.

4. The Affidavit of John A. Wolters in Support of the Motion for Default Judgment is attached hereto as **Exhibit A**.

WHEREFORE, Plaintiffs, NECA-IBEW WELFARE TRUST FUND, *et al.*, pray that this Court enter Default Judgment against Defendant, PAYNE ELECTRICAL CONTRACTORS, INC., and in favor of Plaintiffs.

NECA-IBEW WELFARE TRUST FUND, *et al.*, Plaintiffs,

By:    s/ John A. Wolters
       JOHN A. WOLTERS
       **CAVANAGH & O'HARA**
       407 East Adams
       P. O. Box 5043
       Springfield, IL  62705
       Telephone:  (217) 544-1771
       Facsimile:  (217) 544-5236
       johnwolters@cavanagh-ohara.com

## **PROOF OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 8th day of November 2007:

       Amy M. Payne, President
       Payne Electrical Contractors, Inc.
       6194 N 100 E
       Hartford City, IN 47348

and that the original was filed with the Clerk of the Court in which said cause is pending.

By:    s/ John A. Wolters
       JOHN A. WOLTERS
       **CAVANAGH & O'HARA**
       407 East Adams
       P. O. Box 5043
       Springfield, IL  62705
       Telephone:  (217) 544-1771
       Facsimile:  (217) 544-5236
       johnwolters@cavanagh-ohara.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| NECA-IBEW WELFARE TRUST FUND and, <br> NECA-IBEW PENSION TRUST FUND, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| vs. | ) | No. 07-2175 |
| PAYNE ELECTRICAL CONTRACTORS, INC. | ) <br> ) <br> ) | |
| Defendant. | ) | |

**AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

JOHN A. WOLTERS, being first duly sworn, on oath states that he is one of the attorneys for the above-referenced Plaintiffs and in such capacity represents the Plaintiffs in the above-entitled and numbered action;

That on October 15, 2007, Amy M. Payne, President of Defendant, PAYNE ELECTRICAL CONTRACTORS, INC., was duly served by the Blackford County, Illinois, Sheriff's Department with said Complaint and Summons; that a copy of the Proof of Service of Summons is attached hereto and made a part hereof as **Exhibit A-1**; that the said Defendant has failed to appear, plead, or otherwise defend herein within the time allowed and is therefore in default; that to his best information and belief, the Defendant is not an infant or an incompetent person and not in the military service within the purview of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended; that the claim of Plaintiffs, NECA-IBEW WELFARE TRUST FUND, *et al.*, is for contribution reporting forms and applicable contributions for the period from January through August 2007 to the Pension Fund and for the period from May through August 2007 to the Welfare Fund; and further, any unpaid contributions and liquidated damages unpaid at the time Judgment is rendered; and attorney fees and costs to date in the amount of $1,521.42, as

shown by **Exhibit A-2**, attached hereto and incorporated herein. That this Affidavit is made for the purpose of requesting that Default Judgment be entered against the Defendant, PAYNE ELECTRICAL CONTRACTORS, INC.

>    s/ John A. Wolters
>    JOHN A. WOLTERS
>    **CAVANAGH & O'HARA**
>    407 East Adams
>    P. O. Box 5043
>    Springfield, IL 62705
>    Telephone: (217) 544-1771
>    Facsimile: (217) 544-5236
>    johnwolters@cavanagh-ohara.com

Subscribed and sworn to before me this 8th day of November 2007.

_____
NOTARY PUBLIC

SIGNATURE REDACTED

"OFFICIAL SEAL"
PATRICIA J. ROBINSON
Notary Public, State of Illinois
My Commission Expires Feb. 16, 2010

E-FILED
Thursday, 08 November, 2007 02:36:04 PM
Clerk, U.S. District Court, ILCD

# United States District Court

____CENTRAL____ DISTRICT OF ____ILLINOIS____

NECA-IBEW WELFARE TRUST FUND and
NECA-IBEW PENSION TRUST FUND,
   Plaintiffs,

V.

PAYNE ELECTRICAL CONTRACTORS, INC.,
   Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-2175

TO: (Name and address of defendant)    *PERSONAL SERVICE ONLY*
   Amy M. Payne, President
   Payne Electrical Contractors, Inc.
   6194 N 100 E
   Hartford City, IN 47348

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
   John A. Wolters
   CAVANAGH & O'HARA
   407 East Adams Street
   P. O. Box 5043
   Springfield, IL 62705
   (217) 544-1771

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

Signatures redacted

DATE September 28, 2007

EXHIBIT A-1

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 10-15-07 |
| NAME OF SERVER (PRINT) Chad Blakely | TITLE Deputy |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 6194 N 100 E. Hartford City IN 47348

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 1 | TOTAL $40.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/15/07
            Date

Signature redacted
Signature of Server

BCSO
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| NECA-IBEW WELFARE TRUST FUND and, NECA-IBEW PENSION TRUST FUND, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 07-2175 |
| PAYNE ELECTRICAL CONTRACTORS, INC. | ) ) ) | |
| Defendant. | ) | |

### AFFIDAVIT IN SUPPORT OF ATTORNEY'S FEES

I, JOHN A. WOLTERS, having first been duly sworn on oath, state that the following itemization accurately represents the time and costs expended by this office in this cause:

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 08/29/07 | Received and reviewed email from Fund Office; letter to Payne demanding report forms and payment via certified and regular mail; calendar response; update Status Report; open file. | .95 |
| 09/11/07 | Preparation of Final Notice via certified and regular mail; calendar response; update Status Report. | .75 |
| 09/20/07 | Received and reviewed certified mail card returned executed. | .10 |
| 09/27/07 | Peparation of Complaint, Civil Cover Sheet; Certificate of Interest and Summons; assemble exhibits. | 1.50 |
| | Preparation of Affidavit in Support of Attorney Fees. | .50 |
| | Telephone conference with Blackford County Sheriff's Department regarding service fee. | .10 |
| | Final review of Complaint with exhibits, Civil Cover Sheet, Certificate of Interest, Summons. | .40 |
| | Revise and finalize Complaint, Summons, Certificate of Interest, Civil Cover Sheet; assembly of full Complaint with exhibits; Email to U.S. District Court for opening of new case. | 1.00 |

EXHIBIT A-2

| | | |
|---|---|---:|
| 09/28/07 | Received and reviewed file-stamped Complaint with exhibits, Certificate of Interest, Civil Cover Sheet and Summons; update Delinquency Status Report. | .30 |
| 10/01/07 | Received and reviewed issued Summons; letter to Blackford County Sheriff's Office for service. | .60 |
| 10/18/07 | Received and reviewed Summons returned; redaction of signatures, scanning and conversion; e-file of same; calendar Answer; update Delinquency Status Report. | .75 |
| | Received and reviewed file-stamped Summons. | .10 |
| 11/07/07 | Review file; preparation of Request for Entry of Default; Affidavit in Support of Motion for Default; proposed Order. | 1.50 |
| | Review Affidavit in Support of Attorney Fees. | .50 |
| | Final review of Request for Entry of Default with attachments. | .40 |
| 11/08/07 | Finalize and e-file Request for Entry of Default; email proposed Order to Judge. | 1.00 |
| | TOTAL HOURS 9.65 X $100.00 PER HOUR | $965.00 |
| | TOTAL HOURS 0.8 X $195.00 PER HOUR | 157.00 |
| 08/29/07 | Postage - certified mail. | $5.21 |
| 09/11/07 | Postage - certified mail. | $5.21 |
| | U.S. District Court - Filing Fee | 350.00 |
| | Blackford County Sheriff's Department - Service Fee | 40.00 |
| | **TOTAL FEES AND COSTS** | **$1,521.42** |

FURTHER THIS AFFIANT SAYETH NAUGHT.

                                                  s/ John A. Wolters
                                                JOHN A. WOLTERS
                                                **CAVANAGH & O'HARA**
                                                407 East Adams
                                                P. O. Box 5043
                                                Springfield, IL  62705
                                                Telephone:  (217) 544-1771
                                                Facsimile:   (217) 544-5236
                                                johnwolters@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me on this 7th day of November 2007.

Page 2

_____
Notary Public

**SIGNATURE REDACTED**

"OFFICIAL SEAL"
PATRICIA J. ROBINSON
Notary Public, State of Illinois
My Commission Expires Feb. 16, 2010

F:\files\NECA-IBE\DELIQ\Payne Electrical Contractors\2007\A-Fee.wpd