**E-FILED**
Tuesday, 13 November, 2007  11:57:37 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

---

| | |
|---|---|
| **NECA-IBEW WELFARE TRUST FUND and** ) | |
| **NECA-IBEW PENSION TRUST FUND,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| **v.** ) | **Case No. 07-CV-2175** |
| ) | |
| **PAYNE ELECTRICAL CONTRACTORS,** ) | |
| **INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

On September 28, 2007, Plaintiffs, NECA-IBEW Welfare Trust Fund and NECA-IBEW Pension Trust Fund, filed a Complaint (#1) against Defendant, Payne Electrical Contractors, Inc. On October 18, 2007, Plaintiffs filed a Summons (#4) which showed that Defendant was served with Summons and a copy of the Complaint on October 15, 2007.

On November 8, 2007, Plaintiffs filed a Request for Entry of Default (#5) and attached the Affidavit of John A. Wolters in Support of Motion for Default Judgment and supporting documentation. Plaintiffs requested that this court enter default against Defendant. This court concludes that the record shows that Defendant was served with summons and a copy of the Complaint and has not filed a responsive pleading within the required time frame. Accordingly, Plaintiffs' Request for Entry of Default (#5) is GRANTED.

IT IS THEREFORE ORDERED THAT:

(1) Plaintiffs' Request for Entry of Default (#5) is GRANTED. Default is entered against Defendant, Payne Electrical Contractors, Inc.

(2) This cause of action is subject to dismissal for failure to prosecute unless, within fourteen

(14) days of the entry of this Order, Plaintiffs make application to this court for the entry of a default

judgment against Defendant.

ENTERED this _____13th_____ day of _____November_____, 2007.

s/Michael P. McCuskey

MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE