IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| NECA-IBEW WELFARE TRUST FUND and, NECA-IBEW PENSION TRUST FUND, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | )   No. 07-2175 ) |
| PAYNE ELECTRICAL CONTRACTORS, INC. | ) ) |
| Defendant. | ) |

**MOTION FOR DEFAULT JUDGMENT**

NOW COME Plaintiffs, NECA-IBEW WELFARE TRUST FUND and NECA-IBEW PENSION TRUST FUND, by and through its attorneys, Cavanagh & O'Hara, and moves this Court for a Default Judgment against the Defendant, PAYNE ELECTRICAL CONTRACTORS, INC., and in support thereof, state:

1.  That the Complaint in this matter was filed on September 28, 2007.

2.  That on October 15, 2007, Amy M. Payne, President of Defendant, PAYNE ELECTRICAL CONTRACTORS, INC., was duly served by the Blackford County, Illinois, Sheriff's Department with said Complaint and Summons.

3.  That the Defendant has failed to file a responsive pleading within the time frame allowed by this Honorable Court.

4.  That this Honorable Court entered an Order of Default on November 13, 2007.

5.  That Plaintiffs are entitled to attorney fees incurred in this matter. Attached hereto and incorporated herein as **Exhibit A** is the Amended Affidavit in Support of Attorney Fees of John A. Wolters.

WHEREFORE, Plaintiffs pray for Judgment against the Defendant, PAYNE ELECTRICAL CONTRACTORS, INC., as follows:

A.  That Defendant be ordered to remit contribution report forms for the months of January through August 2007 to the NECA-IBEW PENSION TRUST FUND;

B.  That Judgment be entered in favor of the Plaintiffs and against the Defendant for delinquent contributions for the months of January through August 2007 to the NECA-IBEW PENSION TRUST FUND;

C.  That Defendant be decreed to pay to the Plaintiffs its attorney fees in the amount of $1,824.42, as provided by the trust agreements and ERISA, 29 U.S.C. Section 1132(g)(2);

D.  That Defendant be decreed to pay all costs attendant to the cost of these proceedings; and

E.  That Plaintiffs be awarded such other and further relief as the Court deems just and equitable, all at Defendant's cost.

NECA-IBEW WELFARE TRUST FUND,
*et al.*, Plaintiffs,

By:   s/ John A. Wolters
JOHN A. WOLTERS
**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771
Facsimile:  (217) 544-5236
johnwolters@cavanagh-ohara.com

## PROOF OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 14th day of November 2007:

      Amy M. Payne, President
      Payne Electrical Contractors, Inc.
      6194 N 100 E
      Hartford City, IN 47348

and that the original was filed with the Clerk of the Court in which said cause is pending.

      By:    s/ John A. Wolters
          JOHN A. WOLTERS
          **CAVANAGH & O'HARA**
          407 East Adams
          P. O. Box 5043
          Springfield, IL  62705
          Telephone:  (217) 544-1771
          Facsimile:  (217) 544-5236
          johnwolters@cavanagh-ohara.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| NECA-IBEW WELFARE TRUST FUND and, <br> NECA-IBEW PENSION TRUST FUND, <br> <br> Plaintiffs, <br> <br> vs. <br> <br> PAYNE ELECTRICAL CONTRACTORS, INC. <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 07-2175 |

### AFFIDAVIT IN SUPPORT OF ATTORNEY'S FEES

I, JOHN A. WOLTERS, having first been duly sworn on oath, state that the following itemization accurately represents the time and costs expended by this office in this cause:

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 08/29/07 | Received and reviewed email from Fund Office; letter to Payne demanding report forms and payment via certified and regular mail; calendar response; update Status Report; open file. | .95 |
| 09/11/07 | Preparation of Final Notice via certified and regular mail; calendar response; update Status Report. | .75 |
| 09/20/07 | Received and reviewed certified mail card returned executed. | .10 |
| 09/27/07 | Peparation of Complaint, Civil Cover Sheet; Certificate of Interest and Summons; assemble exhibits. | 1.50 |
| | Preparation of Affidavit in Support of Attorney Fees. | .50 |
| | Telephone conference with Blackford County Sheriff's Department regarding service fee. | .10 |
| | Final review of Complaint with exhibits, Civil Cover Sheet, Certificate of Interest, Summons. | .40 |
| | Revise and finalize Complaint, Summons, Certificate of Interest, Civil Cover Sheet; assembly of full Complaint with exhibits; Email to U.S. District Court for opening of new case. | 1.00 |


EXHIBIT A

| | | |
|---|---|---|
| 09/28/07 | Received and reviewed file-stamped Complaint with exhibits, Certificate of Interest, Civil Cover Sheet and Summons; update Delinquency Status Report. | .30 |
| 10/01/07 | Received and reviewed issued Summons; letter to Blackford County Sheriff's Office for service. | .60 |
| 10/18/07 | Received and reviewed Summons returned; redaction of signatures, scanning and conversion; e-file of same; calendar Answer; update Delinquency Status Report. | .75 |
| | Received and reviewed file-stamped Summons. | .10 |
| 11/07/07 | Review file; preparation of Request for Entry of Default; Affidavit in Support of Motion for Default; proposed Order. | 1.50 |
| | Review Affidavit in Support of Attorney Fees. | .50 |
| | Final review of Request for Entry of Default with attachments. | .40 |
| 11/08/07 | Finalize and e-file Request for Entry of Default; email proposed Order to Judge. | 1.00 |
| 11/08/07 | Received and reviewed file-stamped Request for Entry of Default. | .10 |
| 11/13/07 | Received and reviewed Order; calendar Motion due date. | .15 |
| | Preparation of Motion for Default Judgment; Notice of Filing; update Affidavit in Support of Attorney Fees; proposed Order. | 1.00 |
| | Final review of Motion for Default Judgment with attachments. | .40 |
| | Finalize and e-file Motion for Default Judgment; email proposed Order to Judge. | 1.00 |
| | TOTAL HOURS 11.9 X $100.00 PER HOUR | $1,190.00 |
| | TOTAL HOURS 1.2 X $195.00 PER HOUR | 234.00 |
| 08/29/07 | Postage - certified mail. | $5.21 |
| 09/11/07 | Postage - certified mail. | $5.21 |
| | U.S. District Court - Filing Fee | 350.00 |
| | Blackford County Sheriff's Department - Service Fee | 40.00 |
| | **TOTAL FEES AND COSTS** | **$1,824.42** |

FURTHER THIS AFFIANT SAYETH NAUGHT.

                                                            s/ John A. Wolters
                                                          JOHN A. WOLTERS
                                                          **CAVANAGH & O'HARA**
                                                          407 East Adams
                                                          P. O. Box 5043
                                                          Springfield, IL 62705
                                                          Telephone: (217) 544-1771
                                                          Facsimile: (217) 544-5236
                                                          johnwolters@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me on this 14th day of November 2007.

                                                          [SIGNATURE REDACTED]
                                                          Notary Public

                                                          "OFFICIAL SEAL"
                                                          PATRICIA J. ROBINSON
                                                          Notary Public, State of Illinois
                                                          My Commission Expires Feb. 16, 2010

F:\files\NECA-IBE\DELIQ\Payne Electrical Contractors\2007\A-Fee.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| NECA-IBEW WELFARE TRUST FUND and, NECA-IBEW PENSION TRUST FUND, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 07-2175 |
| PAYNE ELECTRICAL CONTRACTORS, INC. | ) ) ) |
| Defendant. | ) |

### NOTICE OF FILING OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

TO: Amy M. Payne, President
Payne Electrical Contractors, Inc.
6194 N 100 E
Hartford City, IN 47348

NOTICE IS HEREBY GIVEN to you that the Plaintiffs, NECA-IBEW WELFARE TRUST FUND and NECA-IBEW PENSION TRUST FUND, by and through its attorneys filed a Motion for Default Judgment against you on the 14th day of November 2007.

YOU ARE HEREBY NOTIFIED that the Honorable Court may rule on Plaintiffs' Motion without further notice to you seven (7) days after filing.

DATED this 14th day of November 2007.

NECA-IBEW WELFARE TRUST FUND,
*et al.*, Plaintiffs,

By:     s/ John A. Wolters
JOHN A. WOLTERS
**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771
Facsimile:  (217) 544-5236
johnwolters@cavanagh-ohara.com