UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **NECA-IBEW WELFARE TRUST FUND and NECA-IBEW PENSION TRUST FUND,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) ) Case No. 07-CV-2175 |
| **PAYNE ELECTRICAL CONTRACTORS, INC.,** | ) ) ) ) |
| **Defendant.** | ) |

**ORDER**

On November 13, 2007, this court entered an Order (#6) which entered default against Defendant, Payne Electrical Contractors, Inc. On November 14, 2007, Plaintiffs, NECA-IBEW Welfare Trust Fund and NECA-IBEW Pension Trust Fund, filed a Motion for Default Judgment (#7). This court concludes that Plaintiffs have submitted adequate documentation and are entitled to the relief requested.

IT IS THEREFORE ORDERED THAT:

(1) Plaintiffs' Motion to Default Judgment (#7) is GRANTED.

(2) Judgment is entered in favor of Plaintiffs and against Defendant as follows:

(A) Defendant is ordered to remit contribution report forms to the Pension Trust Fund for the months of January through August 2007.

(B) Defendant is ordered to pay delinquent contributions to the Pension Trust Fund for the months of January through August 2007.

(C) Defendant is ordered to pay Plaintiffs their attorney fees and costs in the total amount of $1,824.42.

(3) This case is terminated.

ENTERED this 26th day of November, 2007

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE