# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

NECA-IBEW WELFARE TRUST FUND and
NECA-IBEW PENSION TRUST FUND,
        Plaintiffs,

       vs.                       Case Number:   **07-2175**

**PAYNE ELECTRICAL CONTRACTORS, INC.,**
        Defendant.

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** judgment is entered in favor of the plaintiffs and against the defendant as follows:

    (A) Defendant is ordered to remit contribution report forms to the Pension Trust Fund for the months of January through August 2007.
    (B) Defendant is ordered to pay delinquent contributions to the Pension Trust Fund for the months of January through August 2007.
    (C) Defendant is ordered to pay Plaintiffs their attorney fees and costs in the total amount of $1,824.42.

                ENTER this 26th day of November, 2007.

                s/ John M. Waters
                JOHN M. WATERS, CLERK

                s/ M. Talbott
                BY:  DEPUTY CLERK