IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| NECA-IBEW WELFARE TRUST FUND and, <br> NECA-IBEW PENSION TRUST FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> PAYNE ELECTRICAL CONTRACTORS, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 07-2175 <br> ) <br> ) <br> ) <br> ) |

## CITATION TO DISCOVER ASSETS

TO:   Amy M. Payne, President
      Payne Electrical Contractors, Inc.
      6194 N 100 E
      Hartford City, IN 47348

**YOU ARE COMMANDED** to appear before the Honorable presiding Magistrate Judge David G. Bernthal, at the United States District Court, Central District, 114 U.S. Courthouse, 201 S. Vine Street, Urbana, Illinois on **December 12, 2007 at 10:00 a.m.** to be examined under oath concerning the property or income of, or indebtedness due the judgment creditors, NECA-IBEW WELFARE TRUST FUND and NECA-IBEW PENSION TRUST FUND.

On November 26, 2007, Judgment was entered in favor of the Plaintiffs and against the Defendant to remit contribution report forms and delinquent contributions to the Pension Trust Fund for the months of January through August 2007 and attorneys fees in the amount of $1,824.42.

**YOU ARE COMMANDED** to produce all documents requested on the attached **Schedule A,** including, but not limited to, any and all books, papers or records in your possession or control which may contain information concerning the property or income of, or indebtedness of PAYNE ELECTRICAL CONTRACTORS, INC.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which he may be entitled or which may be acquired by or become due to him and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to him, until the further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of judgment.

## YOUR FAILURE TO COMPLY WITH THIS CITATION MAY SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT OR TO A JUDGMENT FOR THE AMOUNT UNPAID.

WITNESS, November 29, 2007.

(SEAL)

s/John M. Waters
CLERK

s/V. Ball
(By) DEPUTY CLERK

**CAVANAGH & O'HARA**
Attorneys for Plaintiffs
407 East Adams
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771

# SCHEDULE A

1. All books and records of PAYNE ELECTRICAL CONTRACTORS, INC. for the years 2005 to current.

2. All payroll records of PAYNE ELECTRICAL CONTRACTORS, INC. for the years 2005 to current, including but not limited to Individual Payroll Records and Employee Time Records, Federal W-2 Forms, Federal 1099 Forms, Cash Disbursement Records, and Fringe Benefit Contribution Report Forms.

3. Federal and State Income Tax Returns for PAYNE ELECTRICAL CONTRACTORS, INC. for the years 2003 to current.

4. All payroll accounts and any other records indicating the amount of monies earned or owed by PAYNE ELECTRICAL CONTRACTORS, INC. from 2005 to current.

5. All deeds relating to real estate owned in part or in toto by PAYNE ELECTRICAL CONTRACTORS, INC.

6. Checkbooks, checking account records, savings account records, stocks, bonds, etc. relating to any and all assets owned in part or in toto by PAYNE ELECTRICAL CONTRACTORS, INC.

7. Titles or other documents pertaining to any motor vehicles and/or boats owned in part or in toto by PAYNE ELECTRICAL CONTRACTORS, INC.