E-FILED
Tuesday, 11 December, 2007  01:32:25 PM
Clerk, U.S. District Court, ILCD

Amy M. Payne
6194 N 100 E
Hartford City, IN  47348

December 10, 2007

Judge David G. Bernthal
114 US District Court House
201 South Vine Street
Urbana, IL  61802

Dear Judge Bernthal,

I am requesting a continuance for the court hearing scheduled before you on Wednesday, December 12, 2007. Due to recent health problems I am scheduled for surgery on Tuesday, December 11, 2007. I apologize for any inconvenience.

Sincerely,

*Amy M. Payne*
Amy M. Payne

cc:  John Wolters

RECEIVED
DEC 10 2007
U.S. MAGISTRATE
URBANA, ILLINOIS



Associates in Women's Health  P.C.

# MEDICAL DOCUMENTATION STATEMENT

Date __12-10-07__

__Amy Payne__ was examined by me on __12-6-07__.
Employee Name                                    Date(s)

Surgery Scheduled for 12-11-07

It is my medical opinion that he/she was unable to work on:

Date(s) __12/11/07 to 12/19/07__

This patient may return to work on: __12/20/07__
                                        Date

with the following restrictions __None__

_____ (If none, so state).

_[signature]_
Physician's Signature

2525 W UNIVERSITY SUITE 401
Street Address

MUNCIE, IN  47303
City, State & Zip

765-286-0236
Telephone Number