IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| NECA-IBEW WELFARE TRUST FUND and, ) <br> NECA-IBEW PENSION TRUST FUND, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> PAYNE ELECTRICAL CONTRACTORS, INC. ) <br> ) <br> Defendant. ) | No.  07-2175 |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S
REQUEST TO CONTINUE**

NOW COMES Plaintiffs NECA-IBEW WELFARE TRUST FUND and NECA-IBEW PENSION TRUST FUND, by and through its attorneys, Cavanagh & O'Hara, and for its Response to Defendant's Motion to Continue the Citation to Discover Assets hearing set for December 12, 2007 at 10:00 am.

1.  On December 11, 2007, Defendant filed a Motion to Continue the Citation to Discover Assets hearing set for December 12, 2007 at 10 am.

2.  Attached to the Motion was a "Medical Documentation Statement" from Associates in Women's Health P.C. indicating Amy Payne, President of Payne Electrical, is scheduled to undergo surgery on December 11, 2007 and will be unable to work from the period of December 11, 2007 until December 19, 2007.  The document also shows Amy Payne may return to work on December 20, 2007.

3.  Plaintiff does not object to the Motion if the surgery is medically necessary.

Respectfully submitted,

NECA-IBEW WELFARE TRUST FUND, *et al.*, Plaintiffs,

By:    s/ John A. Wolters
        JOHN A. WOLTERS
        **CAVANAGH & O'HARA**
        407 East Adams
        P. O. Box 5043
        Springfield, IL  62705
        Telephone:  (217) 544-1771
        Facsimile:  (217) 544-5236
        johnwolters@cavanagh-ohara.com

**PROOF OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by facsimile and by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 11st day of December 2007:

>Amy M. Payne, President
>Payne Electrical Contractors, Inc.
>6194 N 100 E
>Hartford City, IN 47348

and that the original was filed with the Clerk of the Court in which said cause is pending.

>By:     s/ John A. Wolters

>JOHN A. WOLTERS
>**CAVANAGH & O'HARA**
>407 East Adams
>P. O. Box 5043
>Springfield, IL  62705
>Telephone:  (217) 544-1771
>Facsimile:  (217) 544-5236
>johnwolters@cavanagh-ohara.com