E-FILED
Monday, 28 January, 2008  01:11:12 PM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVSION

| | | |
|---|---|---|
| NECA-IBEW WELFARE TRUST FUND and<br>NECA-IBEW PENSION TRUST FUND,<br>    Plaintiffs,<br><br>            v.<br><br>PAYNE ELECTRICAL CONTRACTORS, INC.<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case Number: 07-2175 |

**FILED**

JAN 2 8 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLIN

### MOTION TO RELEASE CASH BOND

Comes now Amy M. Payne and moves that the $3,000 cash bond posted with this Court be released to her.  In support of this Motion, Amy M. Payne would respectfully show that she is president of Payne Electrical Contractors, Inc., Defendant, and was ordered to appear to testify as to the assets of the Defendant; that Amy M. Payne filed personal bankruptcy and failed to appear, misunderstanding that her personal bankruptcy did not relieve her of the responsibility of complying with the Court's Order to Appear.  Further, that a body attachment was issued, and that as a condition of her appearance, a cash bond of $3,000 was required to be posted. Further, that Amy M. Payne did post such $3,000 cash bond, has appeared and has testified on behalf of Payne Electrical Contractors, Inc. as required.

It therefore appearing that she has complied with the Orders of the Court and that no further security is required, Amy M. Payne requests that the Court enter an Order returning to her the $3,000 cash bond which she has posted with the Clerk of this Court.

_____
Amy M. Payne, Pro Se
6194 N 100 E
Hartford City, IN 47348
(765) 728-5000

## Certificate of Service

This will certify that on the 25 day of January, 2008, a true and complete copy of the above and foregoing pleading or paper was deposited in the US Mails, first class postage prepaid, and addressed to:

John A. Wolters
Cavanagh & O'Hara
P.O. Box 5043
Springfield, IL 62705

_____
Amy M. Payne

**E-FILED**
Monday, 28 January, 2008  01:11:24 PM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVSION

| | | |
|---|---|---|
| NECA-IBEW WELFARE TRUST FUND and | ) | |
| NECA-IBEW PENSION TRUST FUND, | ) | |
| Plaintiffs, | ) | |
| | ) | Case Number: 07-2175 |
| v. | ) | |
| | ) | |
| PAYNE ELECTRICAL CONTRACTORS, INC. | ) | |
| Defendant. | ) | |

### ORDER RELEASING BOND

On motion of Amy M. Payne to release to her the $3,000 cash bond she deposited with the Clerk of this Court, and it appearing that Amy M. Payne has complied with the Orders of the Court and has appeared and testified as Ordered, and that no further security is needed or required; it is therefore

ORDERED, that the Clerk return to Amy M. Payne, 6194 N 100, Hartford City, IN 47348, the cash bond in the amount of $3,000.

Entered this _____ day of _____, 2008.


_____
Judge, United States District Court


Copies to:
Amy M. Payne, 6194 N 100, Hartford City, IN 47348
John A. Wolters, Cavanagh & O'Hara, P.O. Box 5043, Springfield, IL 62705